IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>      Petitioners,<br><br>  v.<br><br>BT&D ENVIRONMENTAL FACILITIES SERVICES, INC., d/b/a ENVIRO TEC, d/b/a ENVIRO TECH, d/b/a ENVIRO CLEAN, d/b/a ENVIRO TEC INDUSTRIAL MECHANICAL, d/b/a ENVIRO TEC CONSTRUCTION, d/b/a ENVIRO SCAPE and d/b/a ENVIRO PAINT,<br><br>      Respondents.<br>_____/ | No. C 06-00884 WHA<br><br>**ORDER GRANTING PETITIONERS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    The Court hereby **CONTINUES** the case management conference to **MAY 25, 2006, AT 8:00 A.M.**, immediately after the hearing on petitioners' motion for default judgment.

**IT IS SO ORDERED.**

Dated: April 24, 2006.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE